No. 92–2046. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. *v.* REPUBLICAN PARTY OF NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–2047. VALENTINE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–2048. HOLLOWAY ET AL. *v.* BROWNING ET AL.; and
No. 92–2049. FLOJO TRADING CORP. *v.* BROWNING ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 92–2050. CLARK *v.* CLARK, EXECUTOR OF THE ESTATE OF CLARK, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–2051. LAFFERTY ET AL. *v.* REY. C. A. 1st Cir. Certiorari denied.

No. 92–2052. CENTRAL ARIZONA WATER CONSERVATION DISTRICT ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–2053. PINDER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–2054. KELLEBREW *v.* FEATHERLITE PRECAST CORP. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 92–2056. HALL *v.* HARLAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–2057. RABBITT *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 92–2059. GERRITSEN *v.* CONSULADO GENERAL DE MEXICO ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–2060. PRAYSON ET AL. *v.* KANSAS CITY POWER & LIGHT CO. Ct. App. Mo., Western Dist. Certiorari denied.

No. 92–2061. SCIENTIFIC-ATLANTA, INC. *v.* HENDERSON ET AL. C. A. 11th Cir. Certiorari denied.